

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS

ATTORNEY GENERAL

Honorable George W. Cox
State Health Officer
Texas State Board of Health
Austin 2, Texas

Dear Sir:

Opinion No. O-6089

Re: Would a studio couch or
sofa bed be considered
an article of bedding,
and, therefore, under
the jurisdiction of the
State Bedding Act?

This will acknowledge receipt of your letter,
dated June 19, 1944, which reads, in part, as follows:

"Under the Texas State Bedding Act
(Senate Bill No. 200, of the 46th Legisla-
ture, we should like to have your opinion
on the following question:

Would a Studio Couch or Sofa Bed
be considered as an article of
bedding, and, therefore, come un-
der the jurisdiction of the State
Bedding Act?

As you probably know, a Studio Couch or Sofa
Bed is manufactured for the purpose of being
used either as an item of upholstered furni-
ture (a Couch or Divan) or as an article of
bedding since it will let down or unfold and
can be used for sleeping or reclining purposes."

Section 1(a) of Article 4476a, Vernon's Annotated
Civil Statutes, provides, as follows:

> "Section 1. (a). The term 'bedding'
> as used in this Act shall mean mattresses,
> pillows, bolsters, feather beds <u>and other</u>
> <u>filled bedding of any description.</u>" (Em-
> phasis ours)

Since a studio couch or sofa bed is designed
for sleeping or reclining purposes as well as an item of
upholstered furniture, it is the opinion of this depart-
ment that they are articles of bedding and fall within
the purview of Section 1(a) of Article 4476a, supra. We,
therefore, answer your question in the affirmative.

Trusting this satisfactorily answers your inquiry,
we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By (s) Fred C. Chandler
Assistant

By (s) Elton M. Hyder, Jr.

EMH:ff
EMH:fe

APPROVED JUN 29, 1944
(s) Geo. P. Blackburn
(Acting) ATTORNEY GENERAL
OF TEXAS

APPROVED OPINION COMMITTEE
BY (S) BWB, CHAIRMAN